CRABS *v.* FETICK.—In error.

Thursday,
May 29.

IN trespass *quare clausum fregit*, a licence cannot be given in evidence under the general issue. It should be specially pleaded. *Bennett* v. *Allcott*, 2 T. R. 166.